

**THE CITY OF NEW YORK**

MICHAEL A. CARDOZO
*Corporation Counsel*

# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

ANDREW G. OWEN
*Special Assistant Corporation Counsel*
phone: (212) 341-2652
fax: (212) 788-9776
email: aowen@law.nyc.gov

December 17, 2012

**BY ECF**
Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   Nyesha Croney v. The City of New York, et al., 12-CV-251 (KAM) (RER)
      Michael Booker v. The City of New York, et al., 12-CV-253 (KAM) (RER)
      Ashley Conwell v. The City of New York, et al., 12-CV-255 (KAM) (RER)
      Dayle Deleon v. The City of New York, et al., 12-CV-257 (KAM) (RER)

Your Honor:

   I am a Special Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, representing defendants in the referenced consolidated cases. Please find enclosed a stipulation and order of dismissal for your endorsement.

   Thank you for your time and consideration of this request.

Respectfully submitted,

*/s/ Andrew G. Owen*

Andrew G. Owen

BY ECF
Cc:   Ugo Uzoh, Esq.
      *Attorney for Plaintiffs*